IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J. W., FATHER OF F.W, A
MINOR CHILD,

     Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1945

Opinion filed August 8, 2016.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Michael A. Tupper, Jacksonville, for Appellant.

Ward L. Metzger, Children's Legal Services, Jacksonville, and David Krupski,
Guardian Ad Litam, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.